UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

COURT FILE NO. 00-277 JMR/RLE

The Scoular Company, a Nebraska Corporation,

Plaintiff,

v.

Animalfeeds International Corporation, a Delaware Corporation; Atlantic Shippers of Texas, Inc., a Texas corporation, John A. Messerich, Robert R. Pastore, Eric H. Jackson and Brian Murtagh,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Because of the complexity of the issues in this case and the fact that out-of-state defendants have only recently secured local counsel, it is hereby stipulated by and between the plaintiff herein and defendants Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., and Robert R. Pastore, that these defendants may have an extension of time until March 31, 2000 to answer or otherwise respond to the Complaint herein.

Dated: March 1, 2000

**BRIGGS AND MORGAN**

By ______________________
Michael H. Streater (#106331)
Kathleen S. Adams (~~#0284~~4099)
2200 First National Bank Building
Saint Paul, Minnesota 55101
(651) 223-6600
**ATTORNEYS FOR PLAINTIFF**

FILED MAR 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: February 29, 2000

**MANSFIELD, TANICK & COHEN, P.A.**

By: ____________________

Seymour J. Mansfield (67271)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR DEFENDANTS ANIMALFEEDS INTERNATIONAL CORPORATION, ATLANTIC SHIPPERS OF TEXAS, INC., AND ROBERT R. PASTORE**

**ORDER**

So ordered.

Dated: March 3, 2000

____________________
Raymond L. Erickson
United States Magistrate Judge

222450.1