**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

The Scoular Company, a Nebraska corporation,

Plaintiff,

v.

Animalfeeds International Corporation, a Delaware corporation; Atlantic Shippers of of Texas, Inc., a Texas corporation; John Messerich, Robert R. Pastore, Eric H. Jackson and Brian Murtagh,

Defendants.

Court File No. 00-277 JMR-RLE

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

and

**ORDER**

---

WHEREAS, by Amended Pretrial Schedule, filed October 11, 2000, the Court set the following deadlines, among others: a discovery deadline of May 1, 2001; a non-dispositive motion filing and hearing deadline of June 1, 2001; a dispositive motion filing and hearing deadline of August 1, 2001; and a trial ready date of August 1, 2001; and

WHEREAS, due to the large number and complexity of the claims asserted, and the fact that relevant witnesses are located throughout the United States, and abroad, the parties desire to extend the discovery deadline so that discovery can be completed in an orderly and efficient manner; and

1273193.1

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, if the discovery deadline is extended, the other deadlines described above should also be extended by sixty days;

NOW, THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

The Amended Pretrial Schedule shall be amended as follows:

1. The period during which the parties may conduct discovery shall terminate on July 1, 2001.

2. All non-dispositive motions shall be filed and the hearing thereon completed prior to August 1, 2001, by calling Victoria L. Miller, calendar clerk for Magistrate Judge Raymond L. Erickson.

3. All dispositive motions shall be filed and the hearing thereon completed prior to October 1, 2001.

4. This case shall be ready for trial on October 1, 2001, or thirty days after the Court renders its order on any dispositive motion (whichever is later), at which the time the case will be placed on the Court's jury trial calendar.

5. Except as expressly set forth above, all other terms of the Amended Pretrial Schedule shall remain in full force and effect.

Dated: March 30, 2001

**BRIGGS AND MORGAN, P.A.**

By ______________________
Michael H. Streater (#106331)
2200 First National Bank Building
Saint Paul, Minnesota 55101
(651) 223-6600

**Attorneys for The Scoular Company**

Dated: March 30, 2001

______________________
Michael B. Chase (#134120)
2102 Firstar Center
101 East Fifth Street
Saint Paul, MN 55101
(651) 225-8656

**Attorneys for Defendants John A. Messerich and Eric H. Jackson**

Dated: March 30, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By ______________________
Aaron F. Biber (#189376)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**Attorneys for Defendants Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., Robert R. Pastore and Brian Murtagh**

SO ORDERED:

4/4/01

Raymond L. Erickson
United States Magistrate Judge