131536

RECEIVED
BY MAIL
APR 19 2001
CLERK US DIST COURT
ST. PAUL MN

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-277 JMR/RLE

Affidavit of Movant

I, Aaron F. Biber, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert L. Mulligan, an attorney admitted to practice in the District of New Jersey, but not admitted to the bar of this court, who will be counsel for the **Defendants Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., Robert R. Pastore and Brian Murtagh**, in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Attorney  April ~~March~~ 18, 2001

Minnesota Attorney License Number: 189376
Mansfield, Tanick & Cohen, P.A.
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295 (tel)
(612) 339-3161 (fax)

Affidavit of Proposed Admittee

I, Robert L. Mulligan, am currently a member in good standing of the U.S. District Court for the District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Attorney  April ~~March~~ 16, 2001

Attorney License Number: (Not applicable. Was admitted on November 27, 1968)
126 State Street
Hackensack, New Jersey 07601
Phone No.: 201-342-9390
Fax No.: 201/342-1267

Case Number: 00-277  Judge Assigned: JMR/RLE
Case Title: The Scoular Company v. Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., John A. Messerich, Robert R. Pastore, Eric H. Jackson and Brian Murtagh

Motion Granted: Francis E. Dosal  APR 19 2001
For the Court, Francis E. Dosal, Clerk  Date

25

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM