**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

The Scoular Company, a Nebraska corporation,

Plaintiff,

v.

Animalfeeds International Corporation, a Delaware corporation; Atlantic Shippers of Texas, Inc., a Texas corporation; John Messerich; Robert R. Pastore; Eric H. Jackson and Brian Murtagh,

Defendants.

Court File No. 00-277

**STIPULATION TO AMEND PRETRIAL SCHEDULE, AND ORDER**

---

WHEREAS, by Order dated April 4, 2001, the Court granted the parties' request to, among other things, extend the discovery deadline of May 1, 2001 to July 1, 2001;

WHEREAS, the parties have determined that it is in their best interests to mediate a settlement of this case;

WHEREAS, due to the out of state location of some of the defendants, and scheduling problems, that mediation cannot be scheduled until late June, 2001;

WHEREAS, the parties want to avoid the expense of completing the remaining discovery, if at all possible, and therefore desire to extend the discovery and non-dispositive hearing deadlines to August 15, 2001, which extensions will allow sufficient

1294378v1

(26) (27)

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

time to complete discovery in the event the mediation is not successful in resolving all claims;

NOW, THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

1. The period during which the parties may conduct discovery shall terminate on August 15, 2001.

2. All non-dispositive motions shall be filed and the hearing completed thereon prior to August 15, 2001, by calling Victoria L. Miller, Calendar Clerk for Magistrate Judge Raymond L. Erickson.

3. Except as expressly set forth above, all of the other terms of the Amended Pretrial Schedule, as modified by the Court's April 4, 2001 Order, shall remain in full force and effect.

Dated: June 5, 2001

**BRIGGS AND MORGAN, P.A.**

By________________________
Michael H. Streater (#106331)
2200 First National Bank Building
Saint Paul, Minnesota 55101
(651) 223-6600

**Attorneys for The Scoular Company**

Dated: June __, 2001

By________________________
Michael B. Chase (#134120)
2102 Firstar Center, 101 East Fifth Street
Saint Paul, MN 55101

**Attorneys for Defendants Eric Jackson and John Messerich**

time to complete discovery in the event the mediation is not successful in resolving all claims;

NOW, THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

1. The period during which the parties may conduct discovery shall terminate on August 15, 2001.

2. All non-dispositive motions shall be filed and the hearing completed thereon prior to August 15, 2001, by calling Victoria L. Miller, Calendar Clerk for Magistrate Judge Raymond L. Erickson.

3. Except as expressly set forth above, all of the other terms of the Amended Pretrial Schedule, as modified by the Court's April 4, 2001 Order, shall remain in full force and effect.

Dated: June __, 2001

**BRIGGS AND MORGAN, P.A.**

By____________________
Michael H. Streater (#106331)
2200 First National Bank Building
Saint Paul, Minnesota 55101
(651) 223-6600

**Attorneys for The Scoular Company**

Dated: June 4, 2001

By____________________
Michael B. Chase (#134120)
2102 Firstar Center, 101 East Fifth Street
Saint Paul, MN 55101

**Attorneys for Defendants Eric Jackson and John Messerich**

Dated: June 4, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By____________________________
Aaron F. Biber (#189376)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383

**Attorneys for Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., Robert R. Pastore and Brian Murtagh**

**SO ORDERED**

Dated: ____________, 2001

____________________________
Judge Raymond L. Erickson
United States Magistrate Judge

Dated: June __, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By_________________________________

Aaron F. Biber (#189376)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383

**Attorneys for Animalfeeds International Corporation, Atlantic Shippers of Texas, Inc., Robert R. Pastore and Brian Murtagh**

**SO ORDERED**

Dated: JUN 0 7 2001, 2001

Raymond L. Erickson
_________________________________
Judge Raymond L. Erickson
United States Magistrate Judge