UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

The Scoular Company, a
Nebraska corporation,

Plaintiff,

vs.

CERTIFICATE OF READINESS
FOR TRIAL

Animalfeeds International
Corporation, a Delaware
corporation; Atlantic Shippers
of Texa, Inc., a Texas corporation;
John Messerich; Robert R. Pastore;
Eric H. Jackson and Brian Murtagh,

Defendants.

Civ. No. 00-277(JMR/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Chief Judge James A. Rosenbaum, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 4th, 2001
At Duluth, Minnesota

(28)

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK